RECEIVED
2025 FEB 18 P 3:55
U.S. COURT OF APPEALS
FOURTH CIRCUIT

UNITED STATES APPEALATE COURT
FOR THE 4th CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>BRANDON L. SMITH<br>PETITIONER | CRIM. No.: GLR-09-598-18<br>Judge: The Honorable George Lee Russell III |

Motion To Compel An officer of The United States To Preform Their Duties Pursuant To 28-USCS 1361

1.) BACKGROUND

On January 11 of 2022 Petitioner Filed His Motion For Compassionate Release, Reduction In Sentence Pursuant To 18 USC 3582(c)(1)(A)(i)

And Motion For The Appointment of Counsel Pursuant To 18 USC 3006(A)(g)

- In June 2023 Petitioner Submitted His Reply To The Government's Response In Opposition Of Petitioners 3582(C)(1)(A)(i) Motion.

- Meanwhile, or Rather prior To Petitioners Sur-Reply, Petitioner Submitted A motion Requesting An Extension of Time In Order To Reply, Due To Institutional Lockdowns.

The United States District Court For The District of Maryland GRANTED That motion In December 2023, Months After Petitioner Actually Responded, Therefore, The Petitioners motion For Compassionate Release, Reduction In Sentence pursuant To 18 USC 3582 (C) (1) (A) (i) And Motion For The Appointment of Counsel pursuant To 18 USC 3006 (A)(g) Are Ripe For Ruling.

Petitioner Now Respectfully Request That This Honorable Court Take That motion Under Consideration.

Respectfully Submitted on:
January 23, 2025

BRANDON L. SMITH
Reg # 50813-037
US PENITENTIARY VICTORVILLE
P.O. Box 3900
ADELANTO, CA 92301

[signature]

UNITED STATES APPEALATE COURT
FOR THE 4th CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>BRANDON L. SMITH<br>PETITIONER | CRIM. NO: GLR-09-598-18<br><br>JUDGE: The Honorable George Lee Russell III |

## CERTIFICATE OF SERVICE

I Hereby Certify That On January 23 of 2025, THURSDAY I Mailed A (Hand written) PRO-SE Motion To Compel An Officer of The United States To Preform Their Duties Pursuant To 28-USCS-1361; Via US Postal Service To The Clerk of Court (of "Appealate" Court - 4th Circuit) Office At 1100 EAST MAIN STREET, Suite 501, Richmond, VA 23219-3525.

Please Serve Copies To All Appropriate parties.

THANK you!

[signature]

BRANDON L. SMITH
REG # 50813-037
US PENITENTIARY VICTORVILLE
P.O. BOX 3900
ADELANTO, CA 92301

USCA4 Appeal: 25-1167 Doc: 2 Filed: 02/

Name: BRANDON L. SMITH
Reg #: 50813-037
United States Penitentiary
P.O. Box 3900
Adelanto, CA 92301

SN BERNARDINO CA 923
10 FEB 2025 PM 7 L




RECEIVED
U.S. MARSHALS

LEWIS F. POWELL JR.
UNITED STATES COURT HOUSE ANNEX (APPEALATE)
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VA 23219-3525

* LEGAL MAIL *

23219-353899

* LEGAL MAIL *